# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            CIVIL 09-806 (PGS)

    V.

YANAL KAZAN                       O R D E R

It appearing that proceedings in the above matter have been stayed,

It is on this 29th day of October, 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

_____
PETER G. SHERIDAN, U.S.D.J.